IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WATCHTOWER FIREARMS, LLC,**

      Plaintiff,

v.

**DALE SIEBERT,**

      Defendants.

Case No. 24-CV-02370-SPM

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of March 24, 2025 (Doc. 9), this matter is **DISMISSED without prejudice** with each party to bear its own costs and fees.

**DATED: March 24, 2025**

                      MONICA A. STUMP,
                      Clerk of Court


                      By: *s/ Jackie Muckensturm*
                            **Deputy Clerk**


**APPROVED:** *s/ Stephen P. Mc*Glynn
              STEPHEN P. MCGLYNN
              U.S. District Judge