IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WATCHTOWER FIREARMS, LLC,**

      **Plaintiff,**

v.

**DALE SIEBERT,**

      **Defendant.**

Case No. 24-CV-02370-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of September 15, 2025 (Doc. 14), this matter is **DISMISSED with prejudice**.

**DATED: September 15, 2025**

                                          MONICA A. STUMP,
                                          Clerk of Court


                                        By: *s/ Jackie Muckensturm*
                                              **Deputy Clerk**


**APPROVED:** *s/ Stephen P. Mc*Glynn
                  **STEPHEN P. MCGLYNN**
                  **U.S. District Judge**